

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00057-CR

Ryan Xavier **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0206-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND CHIEF JUSTICE MARION (Ret.)
(sitting by assignment)

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED December 6, 2023.

Luz Elena D. Chapa, Justice